| | |
|---|---|
| **KEVIN R. MARCHESE, State Bar Number: 148931**<br>**Attorney at Law**<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814<br>marcheselegal@gmail.com<br>Telephone: (916) 503-3179<br>Fax: 916-774-0285 | |

Attorney for Judgment Debtor/Moving Party: Gates Concrete, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| SMS FINANCIAL J. LLC,<br><br>Plaintiff,<br><br>v.<br><br>GATES CONCRETE CONSTRUCTION, INC,<br><br>Judgment Debtor. | CASE NO. 2:16-MC-00140-TLN-AC<br><br>**STIPULATION AND (PROPOSED) ORDER TO CONTINUE HEARING OF 2/20/2019**<br><br>DATE: Feb. 20, 2019<br>TIME: 10:00 am<br>PLACE: Courtroom 2 |

PLEASE TAKE NOTICE: The parties - by and through their duly appointed counsel who have appeared in this matter have arrived at a STIPULATION to continue the Debtor Examination from February 20, 2019 to a further continued date to be determined, following the related Motion presently scheduled for hearing in this court on March 21, 2019, and for the parties to discuss settlement.

SO STIPULATED:

Dated: February 19, 2019         /s/ George Gost
                                 GEORGE GOST for
                                 SMS FINANCIAL J. LLC

Dated:  February 19, 2019        /s/ Kevin R. Marchese
                                 KEVIN R. MARCHESE for
                                 GATES CONCRETE CONSTRUCTION, INC

1

## ORDER

Pursuant to the Stipulation by and between the parties for a continued date upon for the examination of debtors, and in light of the pending motion on this matter; good cause appearing thereon; the examination of debtor will be continued to a date to be determined following the motion hearing presently scheduled for March 21, 2019.

IT IS SO ORDERED.

DATE: February 20, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE