GEORGE GOST (SBN 166475)
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard
12th Floor
Encino, CA 91436
Tel: (818) 501-3800
Fax: (818) 501-2985

Attorneys for SMS Financial J, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SMS FINANCIAL J. LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GATES CONCRETE CONSTRUCTION, INC.<br><br>                Judgment Debtor | Case No: 2:16-mc-00140-TLN-AC<br><br>**ORDER TO CONTINUE HEARING**<br><br>Date: March 21, 2019<br>Time: 10:00 a.m.<br>Courtroom: 2 |

Pursuant to the Stipulation by and between the parties for a continued date for the Motion to Vacate Default Judgment and Judgment Debtor's Examination of Cassandra Gates, CEO of GATES CONCRETE CONTSRUCTION, INC, and for good cause appearing thereon; the Motion to Vacate Default Judgment and Judgment Debtor's Examination of Cassandra Gates, CEO of GATES CONCRETE CONTSRUCTION, INC. will be continued to April 18, 2019.

IT IS SO ORDERED.

Dated: March 7, 2019

_____
Troy L. Nunley
United States District Judge